

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
BETSY C. JEFFERIS, ESQ.
Nevada Bar No. 12980
E-mail: Betsy.Jefferis@wilsonelser.com
300 South 4th Street, 11th Floor
Las Vegas, NV 89101-6014
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Keolis Transit Services, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAMIAN HAMILTON | Case No.: 2:20-cv-101 |
| Plaintiff, | |
| vs. | |
| KEOLIS TRANSIT SERVICES, LLC dba KEOLIS TRANSIT AMERICA dba KEOLIS TRANSPORTATION dba REGIONAL TRANSPORTATION COMMISSION OF SOUTHERN NEVADA dba RTC; DOE BUS DRIVER I-V; DOE DOG OWNER I-V; ROE BUS COMPANY I-V; ROE EMPLOYER I-V; ROE COMPANY I-V | **Keolis Transit Services, LLC's Petition for Removal** |
| Defendant. | |

Keolis Transit Services, LLC petitions to remove this case to the United States District Court for the District of Nevada from the Eighth Judicial District Court for the State of Nevada. This petition for removal is signed per Rule 11.

Removal is appropriate per 28 U.S.C. § 1441 because diversity jurisdiction is present per 28 U.S.C. 1332. Plaintiff alleges he is Nevadan.[1] Keolis Transit Services, LLC is a wholly owned subsidiary of Keolis Transit America, Inc., a Delaware corporation with its principal place of business in California. Plaintiff alleges injury from a motor vehicle collision that occurred on

---

[1] ECF No. 1-2 at ¶ 1.

January 20, 2018.[2]  Plaintiff's Complaint alleges he sustained injuries and damages in a sum in excess of $75,000.00 for special and general damages.[3]  The complaint is thus removable on its face.

DATED this 15th day of January, 2020.



BY: */s/ Michael P. Lowry*
MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
BETSY C. JEFFERIS, ESQ.
Nevada Bar No. 12980
300 South 4th Street, 11th Floor
Las Vegas, NV 89101-6014
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Keolis Transit Services, LLC

---

[2] *Id*. at ¶ 15-17.
[3] *Id.* at ¶ 22, 29.

**Certificate of Service**

Pursuant to FRCP 5, I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on January 15, 2020, I served **Keolis Transit Services, LLC's Petition for Removal** as follows:

☒ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

| Price Beckstrom PLLC<br>7312 W. Cheyenne Ave., Suite 5<br>Las Vegas, NV 89129<br>P: 702-941-0503<br>F: 702-507-2335 | |
|---|---|

BY: */s/ Michael Lowry*
An Employee of

