**SAO**
Daniel R. Price (NV Bar No. 13564)
Christopher Beckstrom (NV Bar No. 14031)
PRICE BECKSTROM, PLLC
7312 W. Cheyenne Ave., Ste 5
Las Vegas, Nevada 89129
Phone: (702) 941-0503
Fax: (702) 507-2335
info@pricebeckstromlaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAMIAN HAMILTON,<br><br>Plaintiff,<br><br>v.<br><br>KEOLIS TRANSIT SERVICES, LLC dba KEOLIS TRANSIT AMERICA dba KEOLIS TRANSPORTATION dba REGIONAL TRANSPORTATION COMMISSION OF SOUTHERN NEVADA dba RTC; DOE BUS DRIVER I-V; DOE DOG OWNER I-V; ROE BUS COMPANY I-V; ROE EMPLOYER I-V; ROE COMPANY I-V;<br><br>Defendants. | Case No.: 2:20-cv-101-KJD-DJA<br><br>**STIPULATION AND ORDER TO AMEND COMPLAINT** |

THE PARTIES, by and through undersigned counsel, now stipulate to amend Plaintiff's complaint to substitute Ernest Jacobs as a defendant in place of Defendant Doe Bus Driver I. A copy

/ / /

of the proposed amended complaint is attached hereto as Exhibit 1.

Dated: March 19, 2020								Dated: March 19, 2020

 /s/ Daniel Price                                    							 /s/ Michael P. Lowry                    
Daniel R. Price, Esq.								Michael P. Lowry, Esq.
PRICE BECKSTROM, PLLC							WILSON ELSER MOSKOWITZ EDELMAN &
7312 W. Cheyenne Ave., Ste. 5							DICKER LLP
Las Vegas, Nevada 89129							300 South 4th Street, 11th Floor
*Attorneys for Plaintiff*							Las Vegas, NV 89101-6014
										*Attorney for Defendant,*
										*Keolis Transit Services, LLC*

## **ORDER**

   IT IS SO ORDERED.

   Dated this 23rd day of March, 2020.

_____
Daniel J. Albregts
United States Magistrate Judge