**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Ernest Jacobs; Keolis Transit Services, LLC

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| DAMIAN HAMILTON | Case No.: 2:20-cv-101 |
| Plaintiff, | **Defendants' Motion to Remove from Service List** |
| vs. | |
| KEOLIS TRANSIT SERVICES, LLC dba KEOLIS TRANSIT AMERICA dba KEOLIS TRANSPORTATION dba REGIONAL TRANSPORTATION COMMISSION OF SOUTHERN NEVADA dba RTC; ERNEST JACOBS; DOE BUS DRIVER I-V; DOE DOG OWNER I-V; ROE BUS COMPANY I-V; ROE EMPLOYER I-V; ROE COMPANY I-V | |
| Defendant. | |

Defendants move to remove attorney Betsy C. Jefferis from the CM/ECF electronic service list. Ms. Jefferis is leaving Wilson Elser to pursue a new opportunity and we wish her all the best.

.

-1-

1600997v.1

DATED this 14th day of May, 2020.

**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

BY: */s/ Michael Lowry*
MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Ernest Jacobs; Keolis Transit Services, LLC

**Certificate of Service**

Pursuant to NRCP 5, I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on May 14, 2020, I served the **Defendants' Motion to Remove from Service List** as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

Price Beckstrom PLLC
7312 W. Cheyenne Ave., Suite 5
Las Vegas, NV 89129

BY: */s/ Cynthia Kelley*
An Employee of
**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

IT IS SO ORDERED.

DATED: May 15, 2020

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

-2-

1600997v.1