**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Ernest Jacobs and Keolis Transit Services, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAMIAN HAMILTON<br><br>Plaintiff,<br>vs.<br><br>KEOLIS TRANSIT SERVICES, LLC dba KEOLIS TRANSIT AMERICA dba KEOLIS TRANSPORTATION dba REGIONAL TRANSPORTATION COMMISSION OF SOUTHERN NEVADA dba RTC; ERNEST JACOBS; DOE BUS DRIVER I-V; DOE DOG OWNER I-V; ROE BUS COMPANY I-V; ROE EMPLOYER I-V; ROE COMPANY I-V<br><br>Defendant. | Case No.: 2:20-cv-101<br><br>**Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss 2:20-cv-101 with prejudice, each to bear their own fees and costs. No trial date was set.

/ / /

/ / /

/ / /

/ / /

*Hamilton v. Keolis Transit Services, LLC*
*2:20-cv-101*
*Stipulation and Order to Dismiss without Prejudice*

| | |
|---|---|
| **WILSON ELSER**<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>/s/Michael Lowry<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, Nevada  89119<br>Attorneys for Ernest Jacobs; Keolis Transit Services, LLC | PRICE BECKSTROM, PLLC<br><br><br>/s/ Daniel Price<br>Daniel Price, Esq.<br>Nevada Bar No.13564<br>7312 W. Cheyenne Ave. Suite 5<br>Las Vegas, NV 89129<br>Attorneys for Damian Hamilton |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:   January 13, 2021

-2-